IN THE SUPREME COURT OF THE STATE OF DELAWARE

| | | |
|---|---|---|
| SEAN BROWNAWELL, | § | |
| | § | No. 301, 2017 |
| Defendant Below, | § | |
| Appellant, | § | Court Below—Superior Court of the |
| | § | State of Delaware |
| v. | § | |
| | § | Cr. ID Nos. 1209007806 (K) |
| STATE OF DELAWARE, | § | 1309011819 (K) |
| | § | |
| Plaintiff Below, | § | |
| Appellee. | § | |

Submitted: February 6, 2018
Decided: February 8, 2018

**O R D E R**

This 8th day of February 2018, it appears to the Court that the Clerk issued a notice, by certified mail, directing the appellant to show cause why the above-captioned appeal should not be dismissed for the appellant's failure to file the opening brief and appendix. The appellant has not responded to the notice to show cause within the required ten-day period and has not filed the opening brief and appendix. Accordingly, dismissal of the appeal is deemed to be unopposed.

NOW, THEREFORE, IT IS ORDERED, under Supreme Court Rules 3(b)(2) and 29(b), that the appeal is DISMISSED.

BY THE COURT:

*/s/ Gary F. Traynor*
Justice